# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

        v.                                      CR. NO.: 08-10302-EFH

ULISES AYUSO,
        Defendant

## **REVOCATION ORDER**

May 12, 2010

HARRINGTON, S.D.J.

A hearing on revocation of defendant Ayuso's supervised release was held on May 12, 2010. Defendant Ayuso stipulates to Violation Nos. I, II and III, as set forth in the Violation Report dated May 11, 2010.

The Court finds that the defendant has violated said conditions of his supervised release and hereby revokes said supervised release and sentences the defendant as follows:

1. A term of imprisonment of six (6) months (credit for time served);

2. The term of supervised release of 30 months;

3. While on supervised release, the defendant shall not commit another federal, state or local crime. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two (2) periodic drug tests thereafter, not to exceed 104 tests per year, as directed by the U.S. Probation Officer.

In addition, the defendant shall comply with the standard conditions that are described at U.S.S.G. 5D1.3(c) and shall comply with the following special conditions:

1. Immediately upon release from custody, the defendant shall enter into and reside at the Coolidge House Residential Reentry Center for a period of up to three (3) months, unless or until he secures placement in a residential substance abuse treatment program approved by the U. S. Probation Office, which the defendant shall successfully graduate.  The defendant shall be expected to abide by all rules and regulations of either facility.

2. The defendant is to participate in either an in-patient or out-patient program for substance abuse treatment as directed by the U.S. Probation Office, which program may include testing, not to exceed 52 drug tests per year, to determine whether the defendant has reverted to the use of alcohol or drugs.  The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third party payment.

3. The defendant is to participate in a mental health program as directed by the U.S. Probation Office which program shall include a component for anger management counseling and a component for batterers' treatment in the discretion of the U.S. Probation Office.  The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third party payment.

4. The defendant is not to consume any alcoholic beverages.

5. The defendant shall participate in a manualized cognitive behavioral treatment program as directed by the U.S. Probation Office.  Such program may include group sessions led by a counselor or participation in a program administered by the U.S. Probation Office.

SO ORDERED.

/s/ Edward F. Harrington
EDWARD F. HARRINGTON
United States Senior District Judge